# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-8009
_____

Gerald A. Fast; Talisha Cheshire; Brady Gehrling,

Respondents

v.

Applebee's International, Inc.,

Petitioner

National Council of Chain Restaurants,

Amicus on Behalf of Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:06-cv-04146-NKL)
_____

## JUDGMENT

Judgment is entered in accordance with the court's order of April 2, 2010, granting permission to appeal and transferring to case No. 10-1726.

April 2, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans