# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, <u>Daniel B. Boatright</u>, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit <u>pro hac vice</u>, <u>Noah A. Finkel</u>, an attorney admitted to practice in the United States District Court for the <u>Northern District of Illinois</u> and the State of <u>Illinois</u> but not admitted to the Bar of this court, who will be counsel for the <u>Defendant</u>, in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case, and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____    38803
Signature of Movant/Attorney        MO Bar Number

2/29/12                              1201 Walnut St., Suite 1450, Kansas City MO 64106
Date                                 Address

816-627-4401
Phone

### Affidavit of Proposed Admittee

I, <u>Noah A. Finkel</u>, am currently a member in good standing of the bars of the United States District Court for the <u>Northern District of Illinois</u> and the State of <u>Illinois</u>, but not admitted to the Bar of this court. I understand that if this court grants me admission <u>pro hac vice</u>, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):                      Case Title(s):
2:06-cv-04146-NKL                    Fast v. Applebee's International, Inc.

Date                                 (Signature of Admittee)
2/17/12

State Bar Number 06224910
District Court Bar Number N/A
Phone                                Address
(312) 460-5913                       131 South Dearborn St., Suite 2400
E-Mail                               Chicago, IL 60603-5577
nfinkel@seyfarth.com

Pursuant to WDMO Local Rule 83.5(1) a fee of $100 is required for each case in which the attorney is seeking admittance.