IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| GERALD A. FAST, et al., ) | |
| ) | |
| Plaintiff, ) | Case No. 06-4146-CV-C-NKL |
| vs. ) | |
| APPLEBEE'S INTERNATIONAL, INC. ) d/b/a APPLEBEE'S NEIGHBORHOOD ) GRILL & BAR, ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

Defendant, Applebee's International, Inc. d/b/a Applebee's Neighborhood Grill & Bar, by and through undersigned counsel, hereby gives notice that on April 6, 2012 it served the Supplemental Report of Robert Crandall, MBA via electronic mail to the following counsel of record:

    Matthew A. Clement
    Timothy W. Van Ronzelen
    COOK, VETTER, DOERHOFF & LANDWEHR, P.C.
    231 Madison
    Jefferson City, MO 65101
    MClement@cvdl.net
    TVanRonzelen@cvdl.net

    ATTORNEYS FOR PLAINTIFFS

Respectfully submitted,

/s/ Daniel B. Boatright
Daniel B. Boatright   MO #38803
S. Jane Cecil        MO #50952
LITTLER MENDELSON, P.C.
1201 Walnut
Suite 1450
Kansas City, MO  64106
Telephone: (816) 627-4400
Facsimile:  (816) 624-4444
dboatright@littler.com
jcecil@littler.com

and

Noah A. Finkel
Jon D. Meer
Arthur J. Rooney
Jeremy Stewart
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone:  (312) 460-566
Facsimile:   (312) 460-7662
nfinkel@seyfarth.com
jmeer@seyfarth.com
ajrooney@seyfarth.com
jwstewart@seyfarth.com

**Admitted Pro Hac Vice**

ATTORNEYS FOR DEFENDANT